FILED
NOV 27 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CHRIS NELLIS AND ROSE HEUSINGER<br>    Plaintiffs<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY<br>    Defendant | Civil Action No. 5:17-cv-00649-OLG |

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled cause is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and expenses.

SIGNED AND ENTERED this __27__ day of __Nov__, 2018.

_____
United States District Judge

1